**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**SHELIA EVERETT**                                      **CIVIL ACTION**

**VERSUS**                                                    **NO.   16-3693**

**SOCIAL SECURITY ADMINISTRATION**          **SECTION "A" (3)**

**ORDER**

The Court, having considered the petition, the record, the applicable law, the Magistrate

Judge's Report and Recommendation, and the objection thereto, hereby approves the Magistrate

Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is GRANTED,

the Plaintiff's Motion for Summary Judgment is DENIED and the plaintiff's complaint be and is

hereby DISMISSED WITH PREJUDICE.

May 12, 2017

_____
**UNITED STATES DISTRICT JUDGE**